IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL ANTHONY AKINS d/b/a**
**ABC CONSTRUCTION COMPANY**                    **PLAINTIFF**

v.                      No. 3:19-cv-226-DPM

**S & R DEVELOPMENT INC, officially;**
**HIREN PATEL, President, official capacity;**
**LAMAR FOX, Site Supervisor, official capacity**    **DEFENDANTS**

## ORDER

Akins's mail is being returned undeliverable. № 4. If Akins doesn't update his address with the Court by 15 November 2019, his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2019