IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL ANTHONY AKINS d/b/a
ABC CONSTRUCTION COMPANY                                    PLAINTIFF

v.                        No. 3:19-cv-226-DPM

S & R DEVELOPMENT, INC.; HIREN PATEL,
President; and LAMAR FOX, Site Supervisor*        DEFENDANTS

## ORDER

1. Akins's motion to amend, № 16, is granted with instructions. FED. R. CIV. P. 15(a)(1)(B). Incorporating prior pleadings by reference is a recipe for murkiness. Akins must therefore update his proposed amended complaint by inserting everything he wants to include from his original complaint. Revised amended complaint due by 13 December 2019.

2. Motions to dismiss, № 10, 11, & 12, denied without prejudice. The answer parts of those pleadings, however, stand. Defendants may replead, and renew their motions if they so choose, in due course.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2019

---

* The Court directs the Clerk to delete "officially" and "official capacity" from the defendants' names in the style.