# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MICHAEL ANTHONY AKINS d/b/a
ABC Construction Company                                                           PLAINTIFF

v.                           No. 3:19-cv-226-DPM

S & R DEVELOPMENT, INC.; HIREN PATEL,
President; and LAMAR FOX, Site Supervisor                              DEFENDANTS

## ORDER

Joint status report, *Doc. 30*, appreciated. Embedded motion to extend deadlines, granted. The Court must also continue the trial date to 12 April 2021. An Amended Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2020