IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL ANTHONY AKINS d/b/a
ABC CONSTRUCTION COMPANY                                    PLAINTIFF

v.                          No. 3:19-cv-226-DPM

S & R DEVELOPMENT, INC.; HIREN PATEL,
President; and LAMAR FOX, Site Supervisor           DEFENDANTS

## ORDER

One-sided joint report, *Doc. 33*, noted. Akins has not been cooperating in discovery for several months. He must do so, or the Court will consider imposing a sanction, which could include attorney's fees incurred by S&R, a monetary penalty, dismissal of this case, or some combination of these things. FED. R. CIV. P. 37(d)(1)(A)(ii). By 18 September 2020, Akins must provide S&R's lawyers three dates in October when Akins will be available to sit for a deposition. And Akins must fully respond to all the pending written discovery by 30 September 2020. Akins has waived any objection he may have to the written discovery because of his tardiness in responding.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2020