# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHAEL ANTHONY AKINS d/b/a
ABC Construction Company                                      PLAINTIFF

v.                   No. 3:19-cv-226-DPM

S & R DEVELOPMENT, INC., HIREN PATEL,
President; LAMAR FOX, Site Supervisor              DEFENDANTS

## ORDER

The Court will not order a settlement conference unless all parties want one. The Court would appreciate Defendants' response to the motion, *Doc. 38*, by 25 November 2020.

So Ordered.

                                     _____
                                     D.P. Marshall Jr.
                                     United States District Judge

                                     19 November 2020