IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL ANTHONY AKINS d/b/a
ABC Construction Company     PLAINTIFF

v.     No. 3:19-cv-226-DPM

S & R DEVELOPMENT, INC., HIREN PATEL,
President; LAMAR FOX, Site Supervisor     DEFENDANTS

### ORDER

Corrected certificate of service, *Doc. 49*, appreciated. Given the lapse, and the holidays, the Court extends Akins's time to respond to the motion, *Doc. 45*, until 8 January 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2020