IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL ANTHONY AKINS d/b/a
ABC CONSTRUCTION COMPANY                             PLAINTIFF

v.                        No. 3:19-cv-226-DPM

S & R DEVELOPMENT, INC.;  HIREN PATEL,
President;  and LAMAR FOX, Site Supervisor           DEFENDANTS

## JUDGMENT

Akins's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_16 February 2021_